IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILLIP McCAIN, § | |
| TDCJ-CID 01298655, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-05-2415 |
| § | |
| MARLENE McNEESE, *et al.*, § | |
| Defendants. § | |

### ORDER OF DISMISSAL

For the reasons stated in the Opinion on Dismissal entered this date, this civil action is DISMISSED without prejudice to refiling after payment of the entire $250.00 filing fee.

SIGNED at Houston, Texas, on July 29th, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE